UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIABLE CARRIERS, INC.,

      Plaintiff(s),                        CASE NO. 12-11052

v.

                                        HONORABLE AVERN COHN

RELIABLE TRANSPORT, INC., d/b/a
RELIABLE TRANSPORT,

      Defendant(s).
_____/

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

On June 14, 2012 the Court held a hearing on plaintiff's Motion for Entry of Default and Final Judgment. For the reasons stated on the record,

IT IS ORDERED that the motion is GRANTED. The Court shall enter a partial judgment.

IT IS FURTHER ORDERED that plaintiff shall submit to the Court within 30 days a draft final judgment.

SO ORDERED

Dated: June 14, 2012                    s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 14, 2012, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160